IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:09CR52 SNLJ(LMB) |
| | ) | |
| DANNY CLAYTON WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

COMES NOW Defendant, by and through the undersigned counsel, and hereby certifies that he has sought administrative resolution of the following matters which remain in dispute, all with regard to the presentence investigation report prepared by the United States Probation Officer in the above-styled cause of action:

FACTUAL OBJECTIONS:

1. Defendant objects to paragraph 40 of the Presentence Investigation Report wherein it is stated that Defendant was convicted of Assault 3rd Degree. Defendant does not recall this conviction.

2. Defendant is objecting to paragraphs 57 and 59 of the Presentence Report. Although Defendant admits he pled guilty to this offense, he disagrees with the characterization of the event, as described in paragraph 59.

3. Defendant objects to paragraph 70, herein it is stated that Defendant married Debbie Copeland in 1997. Defendant claims that the marriage took place in 1999.

3. Defendant additionally seeks leave to file this objection out of time, as Defendant was

incarcerated in a remote location, and counsel was out of town for several days.

>Respectfully submitted,
>
>/s/Michael A. Skrien
>Michael A. Skrien
>Assistant Federal Public Defender
>325 Broadway, 2nd Floor
>P.O. Box 2043
>Cape Girardeau, Missouri 63702-2043
>Telephone: (573) 339-0242
>Fax: (573) 339-0305
>E-mail: Mike_Skrien@fd.org
>
>ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2009, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Abbie Crites-Leoni, Assistant United States Attorney, and Sherry L. Persinger-Miller, United States Probation Officer.

>/s/Michael A. Skrien
>Michael A. Skrien